NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MERLIN INTERNATIONAL, INC.,**
*Appellant,*

v.

**JANET A. NAPOLITANO, SECRETARY OF HOMELAND SECURITY,**
*Appellee.*

---

2012-1123

---

Appeal from the Civilian Board of Contract Appeals in no. 1012,2570.

---

**ON MOTION**

---

**ORDER**

The Secretary of Homeland Security moves without opposition to file her brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 1 3 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David C. Aisenberg, Esq.
     Domenique G. Kirchner, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK